IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROL M. BAKER, individually and d/b/a CAROL'S RESTAURANT; TURNER LAND CO., a California limited partnership; and DOES 1 through 10, inclusive,<br><br>        Defendants. | 2:06-cv-0619-GEB-GGH<br><br>ORDER RE:   SETTLEMENT AND DISPOSITION |

        On May 30, 2006, Defendant Turner Land Co. filed a Notice of Settlement in which it states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days."  Therefore, a dispositional document shall be filed no later than June 19, 2006.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/////

/////

/////

1   The status conference scheduled for June 19, 2006, is reset
2 for hearing on September 11, 2006, in the event that no dispositional
3 document is filed, or if this action is not otherwise dismissed.
4 Further, a joint status report shall be filed fourteen days prior to
5 the status conference.[1]
6   IT IS SO ORDERED.
7 Dated:  June 2, 2006

             /s/ Garland E. Burrell, Jr.
             GARLAND E. BURRELL, JR.
             United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2