```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
    SCOTT N. JOHNSON,                  )
11                                     )   2:06-cv-0619-GEB-GGH
                                       )
12                  Plaintiff,         )
                                       )   ORDER CONTINUING STATUS
13       v.                            )   (PRETRIAL SCHEDULING)
                                       )   CONFERENCE
14  CAROL M. BAKER, individually and   )
    d/b/a CAROL'S RESTAURANT; TURNER   )
15  LAND CO., a California limited     )
    partnership; and DOES 1 through    )
16  10, inclusive,                     )
                                       )
17                  Defendants.        )
                                       )
18
19          Plaintiff and Defendant Turner Land Co. have filed a
20  "Stipulation for Dismissal and Order" ("Stipulation") in which only
21  Defendant Turner Land Co. is dismissed.  Since the record does not
22  reflect that any other Defendant has appeared, Plaintiff has not shown
23  that the Order portion of that Stipulation is necessary.
24          The status conference scheduled for September 11, 2006,
25  /////
26  /////
27  /////
28  /////
```

1  shall commence at 10:00 a.m., and a joint status report shall be filed
2  no later than fourteen days prior to the status conference.[1]
3           IT IS SO ORDERED.
4  Dated:  June 27, 2006

                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

---

[1] Plaintiff is reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties."  (Order Setting Status (Pretrial Scheduling) Conference, filed March 24, 2006, at 2 n.1.)

2